In re:  Case No. 24-61830-tmr
Trevar Austin Pratt  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6     User: admin     Page 1 of 2
Date Rcvd: Nov 13, 2024     Form ID: D7C     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trevar Austin Pratt, 2475 Crescent Avenue, Eugene, OR 97408-7317 |
| 102690876 | + | Department of Justice Child Support, 4600 25th Ave #180, Salem, OR 97301-0026 |
| 102690878 | + | Kemper, PO Box 2843, Clinton, IA 52733-2843 |
| 102690879 | + | Oregon Urology Institute, 2400 Hartman Ln, Springfield, OR 97477-1138 |
| 102690880 | + | Pacific Power, PO Box 2600, Portland, OR 97208-2507 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QVPANCIC.COM | Nov 14 2024 04:33:00 | Vanesa Pancic, Chapter 7 Trustee, POB 280, Wilsonville, OR 97070-0280 |
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Nov 13 2024 23:46:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Nov 14 2024 04:33:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Nov 13 2024 23:46:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Nov 13 2024 23:31:04 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| cr | + | Email/Text: bkservices@frf1.com | Nov 13 2024 23:47:00 | FreedomRoad Financial, 10509 Professional Circle Ste 100, Reno, NV 89521-4883 |
| 102690874 | + | Email/Text: banko@bonncoll.com | Nov 13 2024 23:47:00 | Bonneville Collections, 6026 Fashion Point Dr., Ogden, UT 84403-4851 |
| 102690875 | + | EDI: CCS.COM | Nov 14 2024 04:33:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 102690877 | + | Email/Text: bkservices@frf1.com | Nov 13 2024 23:47:00 | FreedomRoad Financial, 10509 Professional Circle, Suite 202, Reno, NV 89521-4884 |
| 102690881 | + | Email/Text: bknotices@professionalcredit.com | Nov 13 2024 23:47:00 | Ray Klein Inc an Oregon Corporation, dba Professional Credit Service, PO Box 7548, Eugene, OR 97475-0039 |
| 102690882 | | Email/Text: bankruptcy@sunbit.com | Nov 13 2024 23:46:00 | TAB/Sunbit, 10940 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90024 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024　　　　　　　　Signature:　　/s/Gustava Winters

**Below is an order of the Court.**

*[signature]*

**U.S. Bankruptcy Judge**

D7C (9/28/21)

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Trevar Austin Pratt,** xxx–xx–4301
Debtor(s)

Case No. **24–61830–tmr7**

CHAPTER 7 ORDER DISCHARGING DEBTOR(S), DISCHARGING TRUSTEE, AND CLOSING CASE

The court finds the debtor filed a petition under title 11, United States Code, on 8/13/24 and the trustee has filed a report of no assets and performed all other administrative duties as required and, therefore,

IT IS ORDERED that:

1. Pursuant to 11 U.S.C. § 727, the debtor is hereby granted a discharge.

2. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

3. The trustee is discharged as trustee of the debtor's estate.

4. This case is closed.

###

**Explanation of Bankruptcy Discharge in a Chapter 7 Case** (the following information provides a general explanation and does not constitute an order of the court):

A chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt covered by the discharge. Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts owed before the debtor's bankruptcy case was filed. Also, if this case began under a different chapter of the Bankrupcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

No one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorneys' fees.

Moreover, in a case involving community property, special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Page 1 of 2

However, not all debts are discharged. Some of the common types of debts that are not discharged are:

   (a) debts covered by an enforceable reaffirmation agreement;

   (b) debts for domestic support obligations;

   (c) debts for most student loans;

   (d) debts for most taxes;

   (e) debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

   (f) debts for most fines, penalties, forfeitures, or criminal resititution obligations;

   (g) some debts which the debtor did not properly list;

   (h) debts for death or personal injury caused by operating a vehicle while intoxicated;

   (i) debts for certain types of loans owed to pension, profit sharing, stock bonus or retirement plans; and

   (j) debts to a spouse or former spouse for property settlement.

Additionally, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Furthermore, per 11 U.S.C. § 524(f), a discharge order does not prevent debtors from paying any debt voluntarily, and this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**Page 2 of 2**